**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Garrett Delmar JONES, Jr., a.k.a.
Straw, Defendant–Appellant.**

**No. 12–16209
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 9, 2013.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Nancy Greenwood, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Garrett Delmar Jones, FCI Estill–Inmate Legal Mail, Estill, SC, for Defendant–Appellant.

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Andrew Magruder, appointed counsel for Garrett Jones, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's conviction and sentence are **AFFIRMED.**